IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| INTERSTATE NARROW FABRICS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:02CV00146 |
| | ) | |
| CENTURY USA, INC., d/b/a CENTURY NARROW FABRICS; MURRAY FISHER; JOHN I. WILD; and GEORGE H. SMITH, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER

For the reasons set forth in the contemporaneously filed Memorandum Opinion, Plaintiff's Motion for Appropriate Relief [Doc. #68] is DENIED.

This the day of February 22, 2006

                                            /s/ N. Carlton Tilley, Jr.
                                            United States District Judge